McGREGOR W. SCOTT
United States Attorney
KIRK E. SHERRIFF
Asst. United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone:  (559) 497-4000
Facsimile :  (559) 497-4099

Attorneys for the
United States of America and
Revenue Officer Mike Goode

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and MIKE GOODE, Revenue Officer, Internal Revenue Service,<br><br>            Petitioners,<br><br>     v.<br><br>ALLAN D. TERVORT,<br><br>            Respondent. | Case No:  1:07-cv-01295 OWW SMS<br><br>ORDER TO SHOW CAUSE |

   Upon review of the United States of America's Petition to Enforce Internal Revenue Service Summons, the Memorandum filed in support of the Petition, and the Declaration of Revenue Officer Mike Goode and exhibits thereto,

   IT IS HEREBY ORDERED that respondent Allan D. Tervort appear before the United States District Court for the Eastern District of California, in Courtroom No.  _7 on the 6th Floor_ , on the  _2nd_  day of  _November_ , 2007, at  _9:30 a.m._  to show cause why he should not be compelled to obey the Internal Revenue Service summons annexed to the Declaration of Revenue Officer Mike Goode and served upon respondent on January 23, 2007.

1       IT IS HEREBY FURTHER ORDERED that a copy of this Order to Show Cause,
2  together with one copy each of the Petition to Enforce Internal Revenue Service
3  Summons, the Memorandum filed in support of the Petition, and the Declaration of
4  Revenue Officer Mike Goode, and all exhibits attached thereto, shall be served upon
5  respondent on or before      October 2      , 2007.
6       IT IS HEREBY FURTHER ORDERED that, within    21    days of service a
7  copy of this Order to Show Cause and accompanying papers, respondent shall file and
8  serve a written response to the Petition to Enforce Internal Revenue Service Summons,
9  supported by appropriate declaration(s), as well as any motions the respondent desires to
10 make.  The United States may file a reply within fourteen (14) days from the date of
11 service of the respondent's response.  All motions and issues raised by the respondent will
12 be considered on the return date of this Order, and any uncontested allegations in the
13 Petition to Enforce Internal Revenue Service Summons will be deemed admitted.  Issues
14 that are not raised by motion, or are not brought into controversy by the responsive
15 pleadings and supported by declaration(s), will not be considered on the return date of
16 this Order.
17      IT IS SO ORDERED.
18
19 DATED:    9/17/2007
20
21                                        /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE