UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,  )<br>)<br>        Petitioners,  )<br>)<br>v.  )<br>)<br>ALLAN D. TERVORT,  )<br>)<br>        Respondent.  )<br>_____ ) | 1:07-cv-01295-OWW-SMS<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 19)<br><br>**ORDER DENYING MOTION TO DISMISS** (Doc. 8)<br><br>**ORDER GRANTING PETITION TO ENFORCE IRS SUMMONS** (Doc. 1)<br><br>**ORDER DIRECTING RESPONDENT TO PERSONALLY APPEAR IN OBEDIENCE TO IRS SUMMONS** |

Petitioners are proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c)(9) and 72-303.

On December 7, 2007, the Magistrate Judge filed Findings and a Recommendation that Respondent's motion to dismiss be DENIED, Petitioners' petition to enforce the IRS summons be GRANTED, and Respondent be ORDERED to appear in obedience to the summons. These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. On December 17,

1

2007 and December 19, 2007, respectively, Respondent filed objections to the Findings and Recommendation.  On December 19, 2007, Petitioners filed a response to Respondent's objections.

Therefore, in accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Respondent's objections and Petitioners' response, the Court concludes that the Magistrate Judge's Findings and Recommendation are supported by the record and proper analysis.  Respondent's objections present no grounds for questioning the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The Findings and Recommendation, filed December 7, 2007, are ADOPTED IN FULL;

2.    Respondent's motion to dismiss, filed October 29, 2007, is DENIED;

3.    Petitioners' petition to enforce the IRS summons, filed September 6, 2007, is GRANTED; and,

4.    Respondent shall personally appear in obedience to the IRS summons on February 21, 2008, at 10:00 a.m., at the IRS office located at 4825 Coffee Road, Bakersfield, CA, 93308.

IT IS SO ORDERED.

**Dated:   January 10, 2008**             /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE