McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone:  (559) 497-4000
Facsimile :  (559) 497-4099

Attorneys for the United States of America
and Revenue Officer Mike Goode

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and MIKE GOODE, Revenue Officer, Internal Revenue Service,<br><br>         Petitioners,<br><br>    v.<br><br>ALLAN D. TERVORT,<br><br>         Respondent. | 1:07-cv-01295-OWW-SMS<br><br>PETITION RE CONTEMPT OF ORDER FILED JANUARY 11, 2008; ORDER TO SHOW CAUSE RE CIVIL <u>CONTEMPT</u> |

        Petitioners United States of America and Revenue Officer Mike Goode (collectively, "the United States"), by and through undersigned counsel, petition the Magistrate Judge for an order that Respondent Allan D. Tervort ("Respondent") show cause why he should not be held in civil contempt of this Court for his failure to comply with the Court's Order filed January 11, 2008 (Doc. 25) ("the Order"), and why he should not be incarcerated until he complies with the Order.  In support thereof, the United States alleges as follows:

        1.    This Court has subject matter jurisdiction of the proceeding under 28 U.S.C. §§ 1340 (actions under the internal revenue laws) and 1345 (proceedings by the United States).  <u>See also</u> 26 U.S.C. §§ 7402(a)-(b), 7604(a); <u>Church of Scientology of Cal. v.</u>

1  United States, 506 U.S. 9, 11 n.4, 113 S. Ct. 447 (1992); United States v. Derr, 968 F.2d
2  943, 945 (9th Cir. 1992).
3      2.   On January 11, 2008, the Court ordered Respondent to appear in obedience
4  to the Internal Revenue Service ("IRS") summons at issue on February 21, 2008, at
5  10:00 a.m., at the IRS office located at 4825 Coffee Road, Bakersfield, California 93308.
6  Doc. 25.  The IRS summons required Respondent to appear to give testimony and to
7  produce for examination all documents and records related to Respondent's tax liability
8  for the years ending December 31, 2001, December 31, 2002, December 31, 2003,
9  December 31, 2004, and a civil penalty for the year ending December 31, 2003.
10 Declaration of Mike Goode ("Goode Decl.") Ex. A.[1]
11     3.   Respondent appeared at the meeting on February 21, 2008.  However, he
12 refused to produce any documents or records, despite the fact that he was carrying a
13 briefcase, and he refused to answer questions set forth by Revenue Officer Mike Goode,
14 including where he worked and where he banked.  Respondent refused to produce any of
15 the documents or records demanded in the summons even after Revenue Officer Goode
16 informed him that the Order required him to appear to give testimony and produce
17 documents.  Goode Decl. ¶ 4.  Respondent's failure to comply with the Order continues to
18 the present.  Goode Decl. ¶ 5.
19     4.   The Order states that "Respondent shall personally appear in obedience to
20 the IRS summons . . . ."  Doc. 25 at 2:19-20.  The IRS summons explicitly states that
21 Respondent is required to appear before Revenue Officer Goode "to give testimony and
22 to bring for examination the following information related to the collection of
23 [Respondent's] tax liability . . . for the periods shown . . . ."  Goode Decl. Ex. A
24 (summons identifies list of documents to be produced at appearance).
25
26 ────────────────
27     [1] The IRS summons also identifies a tax liability for the year ending December 31, 2005.
   There is currently no tax liability for Respondent for the year ending December 31, 2005.  Goode
28 Decl. ¶ 2 n.1.

1    5.    The United States is entitled to incarceration of Respondent to coerce his
2  compliance, and to other remedies for civil contempt, including coercive daily fines and
3  compensatory fines for the resources it has spent issuing and enforcing the summons.
4    WHEREFORE, the United States prays as follows:
5    1.    That the Magistrate Judge enter an order directing Respondent to show
6  cause, if any, why he should not be adjudged in civil contempt of the Court;
7    2.    That the Magistrate Judge hold a hearing and certify the facts of the
8  contempt to the District Judge and set the matter before the District Judge for hearing and
9  judgment under 28 U.S.C. § 636(e)(6)(B);
10   3.    That the District Judge adjudge Respondent in civil contempt for failing to
11 obey the Order, and subject him to daily fines and incarceration until he shall have obeyed
12 the Order, and to other appropriate sanctions; and
13   4.    That the Court grant such other and further relief as may in the
14 circumstances be just and proper.

                                        Respectfully submitted,

Dated:  July 3, 2008.                   McGREGOR W. SCOTT
                                        United States Attorney


                                 By:    /s/ Kimberly A. Gaab
                                        KIMBERLY A. GAAB
                                        Assistant United States Attorney
                                        Attorneys for Petitioners United
                                        States of America and Revenue
                                        Officer Mike Goode

PETITION RE CONTEMPT OF ORDER FILED JANUARY 11, 2008
3

# ORDER TO SHOW
# CAUSE RE CIVIL CONTEMPT

Upon review of Petitioners United States of America and Revenue Officer Mike Goode's Petition re Contempt of Order Filed January 11, 2008, and the Memorandum of Points and Authorities and Declaration of Mike Goode filed in support of the petition,

IT IS HEREBY ORDERED that Respondent Allan D. Tervort ("Respondent"), appear before United States Magistrate Judge Sandra M. Snyder, in Courtroom No. 7 of the United States Courthouse, 2500 Tulare Street, Fresno, California, on the 10th day of October, 2008, at 9:30 a.m. to show cause as follows:

1. Why Respondent should not be held in civil contempt of this Court for his failure to comply with the Order filed on January 11, 2008, directing him to comply with the Internal Revenue Service summons issued on January 22, 2007.

2. Why Respondent should not be incarcerated and ordered to pay a daily fine until he complies with the January 11, 2008 Order.

IT IS HEREBY FURTHER ORDERED that a copy of this Order to Show Cause, together with one copy of each of the Petition re Contempt of Order Filed January 11, 2008, and the Memorandum of Points and Authorities and Declaration of Mike Goode filed in support of the petition, shall be served upon Respondent on or before August 15, 2008.

IT IS FURTHER ORDERED that within  30  days of service of a copy of this Order to Show Cause and accompanying papers, Respondent shall file and serve a written response to the Petition re Civil Contempt of Order Filed January 11, 2008, supported by the appropriate declaration(s), as well as any motions Respondent desires to make.  The United States may file a reply within 14 days from the date of service of Respondent's response.  All motions and issues raised by Respondent will be considered on the return date of this Order, and any uncontested allegations in the Petition re Civil Contempt of Order Filed January 11, 2008 will be deemed admitted.  Issues that are not raised by

motion, or are not brought into controversy by the responsive pleadings and supported by declaration(s), will not be considered on the return date of this Order.

IT IS SO ORDERED.

Dated:  July 22, 2008                    /s/ Sandra M. Snyder
                                         SANDRA M. SNYDER
                                         U.S. Magistrate Judge