McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile : (559) 497-4099

Attorneys for the United States of America
and Revenue Officer Mike Goode

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and MIKE GOODE, Revenue Officer, Internal Revenue Service,<br><br>    Petitioners,<br><br>    v.<br><br>ALLAN D. TERVORT,<br><br>    Respondent. | 1:07-cv-01295-OWW-SMS<br><br>**PETITIONERS' REQUEST FOR CONTINUANCE OF ORDER TO SHOW CAUSE HEARING; ORDER**<br><br>**OLD HEARING DATE:**<br>Date: October 10, 2008<br>Time: 9:30 a.m.<br>Ctrm: 7<br><br>**NEW HEARING DATE:**<br>Date: October 24, 2008<br>Time: 9:30 a.m.<br>Ctrm: 7 |

    Petitioners, the UNITED STATES OF AMERICA and Revenue Officer MIKE GOODE, hereby request that the Court grant a continuance of the Order to Show Cause Hearing Re: Tax Summons Enforcement currently scheduled for Friday, October 10, 2008 to Friday, October 24, 2008, at 9:30 a.m., in Courtroom No. 7, before the Honorable Sandra M. Snyder.  The additional time is

1

1  needed in order to make further attempts of service upon the
2  respondent, ALLAN D. TERVORT.  A [Proposed] Order is attached.
3
4                                      Respectfully submitted,
5  Dated: August 20, 2008.             McGREGOR W. SCOTT
                                       United States Attorney
6
7
                                   By:   /s/Kimberly A. Gaab
8                                      KIMBERLY A. GAAB
                                       Assistant U.S. Attorney
9                                      Attorneys for Petitioners
                                       United States of America
10                                     and Revenue Officer
                                       Mike Goode
11

**ORDER**

IT IS HEREBY ORDERED that the Order to Show Cause Hearing is continued from October 10, 2008 to Friday, October 24, 2008, at 9:30 a.m. in Courtroom No. 7.

IT IS SO ORDERED.

**Dated:   August 21, 2008**           /s/ Sandra M. Snyder
                                   UNITED STATES MAGISTRATE JUDGE