LAWRENCE G. BROWN
Acting United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Petitioners
UNITED STATES OF AMERICA and
MIKE GOODE, Revenue Officer,
Internal Revenue Service

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, and MIKE GOODE, Revenue Officer, Internal Revenue Service, <br><br>Petitioners, <br><br>v. <br><br>ALLAN D. TERVORT, <br><br>Respondent. | 1:07-CV-01295-OWW-SMS <br><br>**ORDER RE: CONTEMPT** |

This civil proceeding, relating to enforcement of an Internal Revenue Service Summons, came before the Court on May 4, 2009, following the Magistrate Judge's Certification of Facts Concerning Petition Re: Contempt of Order Filed January 11, 2008 and Order Setting the Matter for Hearing and Judgment of Contempt Before the District Judge Pursuant to 28 U.S.C. § 636(e)(6)(B) (Doc. 47). Benjamin E. Hall, Assistant United States Attorney, appeared on behalf of Petitioners, the United States of America

and Mike Goode, Revenue Officer, who was also present. Respondent, Allan D. Tervort, personally appeared at the hearing. The Court has carefully reviewed the file, conducted a *de novo* review of the case, and considered the arguments of the parties at the hearing.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's production of the documents described in the Summons, a copy of which is attached to this Order as Exhibit A, is not privileged under the Fifth Amendment.

2. Respondent's answers to the questions posed by Revenue Officer Mike Goode on February 21, 2008, specifically (1) where Respondent banks and (2) where Respondent works, are not privileged under the Fifth Amendment.

3. Respondent shall personally appear in obedience to the Summons on May 15, 2009, at 10 a.m., at the IRS office located at 4825 Coffee Road, Bakersfield, California 93308.

4. This contempt proceeding is stayed pending Respondent's response to the Summons.

IT IS SO ORDERED.

**Dated:   May 6, 2009**              **/s/ Oliver W. Wanger**
                                      UNITED STATES DISTRICT JUDGE