LAWRENCE G. BROWN
Acting United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Petitioners
UNITED STATES OF AMERICA and
MIKE GOODE, Revenue Officer,
Internal Revenue Service

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and MIKE GOODE, Revenue Officer, Internal Revenue Service,<br><br>　　　　　Petitioners,<br><br>　v.<br><br>ALLAN D. TERVORT,<br><br>　　　　　Respondent. | 1:07-CV-01295-OWW-SMS<br><br>**ORDER DISCHARGING ORDER RE: CONTEMPT AND DIRECTING CLERK TO CLOSE ACTION** |

　　This civil action concerns enforcement of a summons issued by the Internal Revenue Service.

　　On January 11, 2008, this Court issued an order granting the petition to enforce the summons. On May 7, 2009, the Court issued an Order Re: Contempt directing Respondent to obey the summons and staying the contempt proceeding pending Respondent's compliance. On May 19, 2009, Petitioners filed a notice stating

that Respondent had complied with the summons and suggesting that this matter be closed.

Good cause appearing, the Order Re: Contempt that issued on May 7, 2009, IS DISCHARGED.

The Clerk is directed to close this action, because this Order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   July 8, 2009**              /s/ Oliver W. Wanger
                            UNITED STATES DISTRICT JUDGE